**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, § | | |
| Plaintiff, § | | |
| § | | |
| v. § | | EP-26-CV-00976-KC |
| § | | |
| U.S. CUSTOMS AND BORDER § | | |
| PROTECTION, § | | |
| Defendant. § | | |

## DEFENDANT'S *OPPOSED* MOTION FOR EXTENSION OF TIME

Defendant, U.S. Customs and Border Protection, respectfully files this opposed motion for a 60-day extension of time within to which answer, plead, or otherwise respond to Plaintiff's complaint (ECF No. 1). Defendant's current deadline is Thursday, May 21, 2026.

Counsel for Plaintiff has advised the undersigned Assistant U.S. Attorney (AUSA) that this motion is opposed.

### Procedural History

Plaintiff filed this action on April 7, 2026, claiming Defendant failed to provide records in violation of the Freedom of Information Act (FOIA). ECF No. 1.

On April 7, 2026, Plaintiff's original complaint in this case was docketed. ECF No. 1.

On April 21, 2026, the U.S. Attorney's Office for the Western District of Texas was served with a copy of the complaint and summons. Pursuant to 5 U.S.C. § 552(a)(4)(C), Defendant's deadline to answer, plead, or otherwise respond to the complaint is Thursday, May 21, 2026.[1]

---

[1]    Defendant does not waive any defenses it may have regarding service of process.

**Discussion**

Federal Rule of Civil Procedure 6(b)(1) allows courts to extend the time by which "an act may or must be done . . . for good cause . . . with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires . . . ." Fed. R. Civ. P. 6(b)(1)(A). "Even if good cause . . . [is] shown, it nonetheless remains a question of the court's discretion whether to grant any motion to extend time under Rule 6(b)." *McCarty v. Thaler*, 376 F. App'x 442, 443 (5th Cir. 2010) (per curiam) (citing *Lujan v. Nat'l Wildlife Fed'n*, 497 U.S. 871, 894-98 (1990)).

Defendant respectfully submits that good cause exists for a 60-day extension due to the undersigned AUSA's heavy workload in other cases. The undersigned AUSA is currently preparing for a bench trial in *Blanchard v. United States*, EP-24-CV-292-LS, which is scheduled to begin Monday, May 18, 2026. Pretrial submissions under Local Rule CV-16(f) were filed Monday, May 4, 2026, and responses under Local Rule CV-16(g) were filed Thursday, May 7, 2026. The undersigned AUSA also has multiple upcoming deadlines in other cases including an answer due on or about Friday, May 29, 2026, in a case under the Federal Tort Claims Act (FTCA), *Aguirre v. United States*, EP-26-CV-545-KC; an answer due on or about Tuesday, June 2, 2026, in an employment action, *Strawder v. Driscoll*, EP-25-CV-533-KC; a response to a habeas petition due on or about Friday, June 12, 2026, in *Aguirre v. Edge*, EP-26-CV-827-DCG; an answer due on or about June 16, 2026, in an FTCA case, *Garcia v. United States*, EP-26-CV-978-LS; and a response to a mandamus action due July 10, 2026 in *Salazar Leiva v. Anda-Ybarra et al.*, EP-26-CV-160 (for which the defendants received a 60-day extension, until July 10, 2026, of their deadline to answer). For these reasons, the undersigned AUSA needs additional time to complete

her review of the record, research the issues and potential defenses, and prepare Defendant's response.

Defendant therefore respectfully requests a 60-day extension of time, until Monday, July 20, 2026, to answer, plead, or otherwise respond to the complaint.

This request is not made for the purpose of unnecessary delay or prejudice, but so that justice may be done in this case.

## Certificate of Conference

The undersigned AUSA sent an email to Plaintiff's counsel advising of Defendant's intent to file a motion for a 60-day extension of its deadline to answer, plead, or otherwise respond to the complaint. The motion is opposed.

## Conclusion

Based upon the foregoing, Defendant respectfully requests a 60-day extension of the deadline to answer, plead, or otherwise respond to Plaintiff's complaint (ECF No. 1).

Respectfully submitted,

**JUSTIN R. SIMMONS**
UNITED STATES ATTORNEY

By:    /s/ Anna E. Arreola
**ANNA E. ARREOLA**
Assistant United States Attorney
New York Registration No. 4151775
700 E. San Antonio, Ste. 200
El Paso, Texas 79901
Office: (915) 534-6555
Facsimile: (915) 534-3490
Email: Anna.Arreola@usdoj.gov
*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following CM/ECF participants: Dustin Rynders, Kate Gibson Kumar, Alana Lani Park, Emma Yip, and Shannon Eva Labuschagne, *Attorneys for Plaintiff.*

/s/ Anna E. Arreola
**ANNA E. ARREOLA**
Assistant United States Attorney

4

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **CENTER FOR BIOLOGICAL DIVERSITY,** § | | |
| **Plaintiff,** § | | |
| § | | |
| **v.** § | **EP-26-CV-00976-KC** | |
| § | | |
| **U.S. CUSTOMS AND BORDER** § | | |
| **PROTECTION,** § | | |
| **Defendant.** § | | |

**O R D E R**

Before the Court is Defendant's "Opposed Motion for Extension of Time" (ECF No. 7) to respond to Plaintiff's Complaint (ECF No. 1). The Court finds that Defendant has shown good cause for an extension and that the motion is meritorious and should be, and hereby is, **GRANTED**.

IT IS, THEREFORE, HEREBY ORDERED that Defendant's deadline to answer, plead, or otherwise respond to the Complaint (ECF No. 1) is on or before Monday, July 20, 2026.

SIGNED this _____ day of _____, 2026.

_____
**HONORABLE KATHLEEN CARDONE**
**UNITED STATES DISTRICT JUDGE**