**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **CENTER FOR BILOGICAL DIVERSITY,** | § § § | |
| **Plaintiff,** | § § | |
| **v.** | § § § | **CAUSE NO. EP-26-CV-976-KC** |
| **U.S. CUSTOMS AND BORDER PROTECTION,** | § § § § | |
| **Defendant.** | § | |

## <u>ORDER</u>

On this day, the Court considered the Report of Parties' Planning Meeting, ECF No. 12. This is a Freedom of Information Act case, in which Plaintiff seeks to require the Government to disclose documents previously withheld. *Id.* at 3. "[T]he parties believe that this matter may be resolved through settlement," and have agreed to a schedule of rolling document production. *Id.* at 4. They ask the Court to set a series of deadlines for monthly status reports in lieu of a traditional scheduling order. *Id.* at 7–8.

Upon due consideration, the Court **ORDERS** that the parties shall submit joint reports detailing the status of Defendant's production of responsive records on the following dates: August 20, 2026; September 10, 2026; October 9, 2026; November 10, 2026; December 10, 2026; and January 11, 2027. **On January 11, 2027**, the parties shall also meet and confer and inform the Court whether any matters remain to be resolved in this case.

**SO ORDERED**.

**SIGNED this 19th day of July, 2026.**

KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE