**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. CUSTOMS AND BORDER PROTECTION,<br><br>*Defendant.* | Case No. 3:26-cv-00976-KC |

**JOINT STATUS REPORT**

Pursuant to the Court's Scheduling Order dated July 19, 2026, ECF No. 13, Plaintiff Center for Biological Diversity (the "Center") and Defendant U.S. Customs and Border Protection ("CBP") respectfully submit this Joint Status Report regarding the status of this Freedom of Information Act ("FOIA") matter:

This case concerns two FOIA requests the Center submitted to CBP on March 6, 2026. Plaintiff filed its Complaint on April 7, 2026, ECF No. 1, and Defendant filed its Answer on June 1, 2026, ECF No. 11. In June, the parties met and conferred regarding the scope of the FOIA requests and proposed a processing and production schedule. Defendant agreed to process a subset of records by July 31 and, beginning in August 2026, to process at least 500 pages per month and provide monthly interim productions of responsive records that are not protected by privilege(s), privacy laws, and/or applicable FOIA exemption(s).

In July, CBP processed 246 pages consisting of email correspondence for the U.S. Border Patrol Big Bend Sector Chief Patrol Agent and the Big Bend Sector Acting Chief Patrol Agent. On

July 28, CBP issued a First Interim Response, informing Plaintiff that all 246 pages were determined to be non-responsive to the FOIA requests. Accordingly, no records were produced.

Plaintiff remains concerned that the nonresponsiveness determinations may reflect an unreasonably narrow interpretation of the requests. To help avoid later disputes concerning responsiveness determinations or withholding decisions after substantial processing efforts have occurred, Plaintiff has proposed that the parties communicate, as such issues arise, regarding any questions about the scope of the requests or the manner in which particular categories of records are being interpreted.

Defendant is currently processing additional potentially responsive documents and expects to issue a Second Interim Response by August 31, 2026.

The parties will continue to meet and confer throughout this litigation in an effort to narrow or resolve issues without Court intervention.

The parties will submit another joint status report on or before September 10, 2026, pursuant to the Court's Scheduling Order, ECF No. 13.

DATED: August 10, 2026

Respectfully submitted,

*/s/* Shannon E. Labuschagne

Shannon E. Labuschagne (CA Bar No. 365633)
Center for Biological Diversity
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (510) 493-2447
Fax: (520) 623-9797
slabuschagne@biologicaldiversity.org

Emma Yip (CA Bar No. 352446), *admitted pro hac vice*
Center for Biological Diversity
2100 Franklin St., Ste 375

Oakland, CA 94612
Tel: (206) 858-2297
Fax: (520) 623-9797
eyip@biologicaldiversity.org

Dustin Rynders (TX Bar No. 24048005)
TEXAS CIVIL RIGHTS PROJECT
P. O. Box 1108
Houston, TX 77251
Tel: (832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

Kate Gibson Kumar (TX Bar No. 2413588)
Alana Park (TX Bar No. 24150568)
TEXAS CIVIL RIGHTS PROJECT
P. O. Box 17757
Austin, TX 78760
Tel: (512) 474-5073 ext. 225
kate@texascivilrightsproject.org
alana@texascivilrightsproject.org

*Attorneys for Plaintiff*

AND

**JUSTIN R. SIMMONS**
UNITED STATES ATTORNEY

Date: August 10, 2026

By: *<u>/s/ Anna E. Arreola</u>*
**ANNA E. ARREOLA**
Assistant United States Attorney
New York Registration No. 4151775
700 E. San Antonio, Ste. 200
El Paso, Texas 79901
Office: (915) 534-6555
Facsimile: (915) 534-3490
Email: Anna.Arreola@usdoj.gov
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I certify that the foregoing document was filed electronically through the CM/ECF system, which causes all parties or counsel to be served by electronic means.

DATED: August 10, 2026

Respectfully submitted,

*/s/* Shannon E. Labuschagne

Shannon E. Labuschagne (CA Bar No. 365633)
Center for Biological Diversity
2100 Franklin St., Ste 375
Oakland, CA 94612
Tel: (510) 493-2447
Fax: (520) 623-9797
slabuschagne@biologicaldiversity.org