UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *Plaintiff,* | § | |
| vs. | § | Civil Action No. 26-cv-00976-KC |
| U.S. CUSTOMS AND BORDER PROTECTION, *Defendant.* | § | |

**UNOPPOSED MOTION TO WITHDRAW ALANA PARK AS COUNSEL FOR PLAINTIFF**

Undersigned counsel, Alana Park of the Texas Civil Rights Project, respectfully moves to withdraw her appearance as counsel for Plaintiff Center for Biological Diversity due to the upcoming conclusion of her legal fellowship with the Texas Civil Rights Project. Plaintiff will continue to be represented by the other attorneys from Texas Civil Rights Project who have entered appearances in this case. Counsel for the other parties in this action stated that those parties do not oppose this motion.

Date: September 2, 2026

Respectfully submitted,

*/s/ Alana Park*

Alana Park
TX Bar No. 24150568
**TEXAS CIVIL RIGHTS PROJECT**
P.O. Box 17757
Austin, Texas 78760
alana@texascivilrightsproject.org

Kate Gibson Kumar
TX Bar No. 24137588
**TEXAS CIVIL RIGHTS PROJECT**
P.O. Box 17757

Austin, Texas 78760
(512) 474-5073 ext. 225
kate@texascivilrightsproject.org

Dustin Rynders
TX Bar No. 24048005
**TEXAS CIVIL RIGHTS PROJECT**
P.O. Box 1108
Houston, Texas 77251
(832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

*Attorneys for Plaintiff*

## CERTIFICATE OF CONFERENCE

I, Alana Park, hereby certify that on September 2, 2026, I communicated with Defendant's counsel Anna Elizabeth Arreola, Lacy McAndrew and Mary Kruger by email (anna.arreola@usdoj.gov, lacy.mcandrew@usdoj.gov, and mary.kruger@usdoj.gov) regarding this Motion, and they stated that Defendant is not opposed to this Motion.

*/s/ Alana Park*
Alana Park

## CERTIFICATE OF SERVICE

I certify that a copy of this filing was served on the other parties to this action and their counsel of record through electronic filing in the Court's ECF system on September 2, 2026.

*/s/ Alana Park*
Alana Park