UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br>*Plaintiff,* | § | |
| vs. | § | Civil Action No. 26-cv-00976-KC |
| U.S. CUSTOMS AND BORDER PROTECTION,<br>*Defendant.* | § | |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW ALANA PARK AS COUNSEL FOR PLAINTIFF**

Upon consideration of the Unopposed Motion to Withdraw Alana Park as Counsel for Plaintiff Center for Biological Diversity, the Court hereby GRANTs this Motion. The Clerk is directed to withdraw Alana Park as counsel for Plaintiff Center for Biological Diversity.

Date: ________________

______________________________
UNITED STATES DISTRICT JUDGE