UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *Plaintiff,* | § | |
| vs. | § | Civil Action No. 26-cv-00976-KC |
| U.S. CUSTOMS AND BORDER PROTECTION, *Defendant.* | § | |

**UNOPPOSED MOTION TO WITHDRAW KATE GIBSON KUMAR AS COUNSEL FOR PLAINTIFF**

Undersigned counsel, Kate Gibson Kumar of the Texas Civil Rights Project, respectfully moves to withdraw her appearance as counsel for Plaintiff Center for Biological Diversity due to the upcoming conclusion of her employment with the Texas Civil Rights Project. Plaintiff will continue to be represented by the other attorneys from Texas Civil Rights Project who have entered appearances in this case. Counsel for the other parties in this action stated that those parties do not oppose this motion.

Date: September 25, 2026

Respectfully submitted,

*/s/ Kate Gibson Kumar*
Kate Gibson Kumar
TX Bar No. 24137588
**TEXAS CIVIL RIGHTS PROJECT**
P.O. Box 17757
Austin, Texas 78760
(512) 474-5073 ext. 225
kate@texascivilrightsproject.org

Dustin Rynders
TX Bar No. 24048005
**TEXAS CIVIL RIGHTS PROJECT**

P.O. Box 1108
Houston, Texas 77251
(832) 767-3630 ext. 196
dustin@texascivilrightsproject.org

*Attorneys for Plaintiff*

**CERTIFICATE OF CONFERENCE**

I, Kate Gibson Kumar, hereby certify that on September 2, 2026, I communicated with Defendant's counsel Mary Kruger by email (mary.kruger@usdoj.gov) regarding this Motion, who stated that Defendant is not opposed to this Motion.

*/s/ Kate Gibson Kumar*
Kate Gibson Kumar

**CERTIFICATE OF SERVICE**

I certify that a copy of this filing was served on the other parties to this action and their counsel of record through electronic filing in the Court's ECF system on September 25, 2026.

*/s/ Kate Gibson Kumar*
Kate Gibson Kumar